IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01592-AP

REMIGIO A. DURAN,

Plaintiff-Appellant,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

Defendant-Appellee.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:

ROBERT K. GRUBER, #9413
3500 South Wadsworth Blvd., Suite 215
Lakewood, Colorado 80235-2382
Telephone (303) 986-6400
FAX (303) 986-6800
E-mail: bobgruber@earthlink.net
Attorney for Plaintiff-Appellant

For Defendant:

DAVID M. GAOUETTE
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado

THOMAS H. KRAUS
Special Assistant United States Attorney
1001 17th Street
Denver, Colorado 80202
(303) 844-0017
Tom.kraus@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A. Date Complaint Was Filed:** July 6, 2010

**B. Date Complaint Was Served on U.S. Attorney's Office:** July 9, 2010

**C. Date Answer and Administrative Record Were Filed:** September 7, 2010

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The Administrative Records appears to be complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

There are no unusual claims or defenses in this case.

## 7. OTHER MATTERS

There are no other matters.

## 8. BRIEFING SCHEDULE

**A. Plaintiffs Opening Brief Due:** October 27, 2010

**B. Defendant's Response Brief Due:** November 29, 2010

**C. Plaintiffs Reply Brief (If Any) Due:** December 13, 2010

## 9. STATEMENTS REGARDING ORAL ARGUMENT

A.  **Plaintiffs Statement:**

   Plaintiff does not request oral argument.

B.  **Defendant's Statement:**

   Defendant does not request oral argument

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

   DATED this 8th day of September, 2010.

                                      BY THE COURT:


                                      *s/John L. Kane*
                                      U.S. DISTRICT COURT JUDGE

| APPROVED:<br>For Plaintiff: | For Defendant: |
|---|---|
| | DAVID M. GAOUETTE |
| s/ Robert K. Gruber | United States Attorney |
| ROBERT K. GRUBER | |
| 3500 South Wadsworth Blvd., Suite 215 | KEVIN TRASKOS |
| Lakewood, Colorado 80235-2382 | Deputy Chief, Civil Division |
| Telephone (303) 986-6400 | United States Attorney's Office |
| FAX (303) 986-6800 | District of Colorado |
| E-mail: bobgruber@earthlink.net | |
| Attorney for Plaintiff-Appellant | |
| | s/ Thomas H. Kraus |
| | THOMAS H. KRAUS |
| | Special Assistant U.S. Attorney |
| | 1001 17th Street |
| | Denver, Colorado 80202 |
| | (303) 844-0017 |
| | Tom.kraus@ssa.gov |
| | |
| | Attorneys for Defendant |